UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H.L. BRÄNDSTATT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KENNETH CLARK, WARDEN,<br><br>　　　　Respondent. | Case No. 1:22-cv-01193-JLT-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING THE PETITION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

On March 16, 2023, the assigned magistrate judge issued findings and recommendations to dismiss Petitioner's 28 U.S.C. § 2254 petition for lack of jurisdiction. The Court served the findings and recommendations on Petitioner and gave him 14 days to file objections thereto. On April 7, 2023, the Clerk of Court received and filed Petitioner's objections. (Doc. 10). Because Petitioner attested in his proof of service that he deposited those objections for mailing on March 30, 2023, the Court deems them timely.

In his objections, Petitioner reargues the merits of the Rules Violation Report and challenges the allegations in a police report, both of which were considered and cited by Petitioner's parole board as reasons to deny parole in his case. He otherwise fails to address the magistrate judge's finding that, because success on Petitioner's claims "would not necessarily lead to his immediate or earlier release from confinement," his claim does not fall within "the core of habeas corpus," and he must instead bring his claim under 42 U.S.C. § 1983. *See Nettles*

*v. Grounds*, 830 F.3d 922, 935 (9th Cir. 2016) (*en banc*).

With respect to Petitioner's plea in his objections that if he cannot get justice, "there is something dreadfully wrong with the country's judiciary system" (Doc. 10 at p. 8), the magistrate judge's findings and recommendations were transmitted to Petitioner accompanied by a copy of a prisoner civil rights complaint form, which may be an alternative avenue Petitioner can pursue to seek redress.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on March 16, 2022, (Doc. 9) are **ADOPTED IN FULL**.
2. Petitioner William Brändstatt's petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 14, 2023**

UNITED STATES DISTRICT JUDGE

2